**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Teressa L. DeRoos         BK NO. 23-01979 HWV
                Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                                       Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
08 Sep 2023, 15:17:45, EDT

          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          215-627-1322