| #10026 - Teressa L. DeRoos | Voucher #(8452) | Pay Date: 08/25/2023 |
|---|---|---|
| 000 Home Off/D120 Develop/808000 | | Pay Period: 08/06/2023-08/19/2023 |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| REI | | | | | 882.79 |
| PHO | | | | 36.44 | 619.48 |
| GYM | | | | | 59.73 |
| HOL | | | 40.00 | | 1,000.00 |
| PTO | 26.92 | 40.00 | 84.00 | 1,076.92 | 2,176.92 |
| REG | 26.92 | 40.00 | 1236.00 | 1,076.93 | 31,130.78 |
| **Gross Pay** | | | | **2,153.85** | **34,307.70** |
| Hours Worked | | | 40.00 | 1236.00 | |
| Hours Paid | | | 80.00 | 1360.00 | |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| 401KE | | 1,500.00 | [1] |
| DENT | 12.81 | 217.77 | [2] |
| MEDICAL | 61.80 | 1,050.60 | [2] |
| HSA | 20.00 | 340.00 | |
| ROTH | 100.00 | 200.00 | |
| VISION | 3.30 | 56.10 | [2] |
| **Total** | **197.91** | **3,364.47** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,055.94 | 31,143.23 | 174.29 | 2,506.03 |
| FICA | 2,055.94 | 32,643.23 | 127.47 | 2,023.88 |
| MEDI | 2,055.94 | 32,643.23 | 29.81 | 473.33 |
| SIT:PA | 2,055.94 | 32,643.23 | 63.12 | 1,002.09 |
| SUI:PA | 2,153.85 | 34,307.70 | 1.51 | 23.82 |
| Robeson, | 2,055.94 | 32,643.23 | 2.00 | 34.00 |
| Robeson, | 2,055.94 | 32,643.23 | 34.95 | 555.00 |
| **Total** | | | **433.15** | **6,618.15** |

### Net Pay

| | Current | YTD |
|---|---|---|
| **Net Pay** | **1,559.23** | **25,887.08** |
| Checking (9701) | 1,559.23 | 25,887.08 |

### Company Paid Benefits [3]

| | Current | YTD | |
|---|---|---|---|
| 401KE | | 750.00 | [1] |
| LIFE | 5.54 | 94.18 | |
| ROTH | 50.00 | 100.00 | |
| STD | 11.93 | 190.06 | |
| SUTA:PA | | 316.60 | |
| **Total** | **67.47** | **1,450.84** | |

### Accruals

| | Accrued | Taken | Bal. | Sch. | Accrue Rate |
|---|---|---|---|---|---|
| Paid Time Off Hrs: | 134.46 | 68.00 | 66.46 | 0.00 | 0.0577 Hrs /Pay Period |

### Tax Allowance Settings

Federal: Married Filing Jointly
Form W4 2020 And Later: Yes
Two Jobs: Yes
Claim Dependent: $1.00
Deduction: $0.00
Other Income: $0.00

Pennsylvania: Allowances: 0

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

---

Berks New Homes, LLC 3335 Morgantown Rd., P.O. Box 7, Mohnton, PA 19540
Business Phone #: 484-890-0416

1 of 1

---

**Berks New Homes, LLC**
3335 Morgantown Rd.
P.O. Box 7
Mohnton, PA 19540

| Pay Date: | 08/25/2023 |
|---|---|
| Voucher #: | (8452) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Teressa L. DeRoos | 1 | Checking | XXXX9701 | 031308807 | 1,559.23 |

000 Home Off/D120 Develop/808000   10026   08/25/2023   (8452)

**Teressa L. DeRoos**
10 Hemlock Dr
Mechanicsburg, PA 17055

**Non-Negotiable - This Is Not A Check**

**Berks New Homes, LLC**
3335 Morgantown Rd.
P.O. Box 7
Mohnton, PA 19540

000 Home Off/D120 Develop/808000   1
08/25/2023   (8452)
**Teressa L. DeRoos**
10 Hemlock Dr
Mechanicsburg, PA 17055

**Personal & Confidential**

**#10026 - Teressa L. DeRoos**  Voucher #(8311)  Pay Date: 08/11/2023
**000 Home Off/D120 Develop/808000**   Pay Period: 07/23/2023-08/05/2023

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| REI | | | | | 882.79 |
| PHO | | | | 36.44 | 583.04 |
| GYM | | | | | 59.73 |
| HOL | | | 40.00 | | 1,000.00 |
| PTO | | | 44.00 | | 1,100.00 |
| REG | 26.92 | 80.00 | 1196.00 | 2,153.85 | 30,053.85 |
| **Gross Pay** | | | | **2,153.85** | **32,153.85** |
| Hours Worked | | 80.00 | 1196.00 | | |
| Hours Paid | | 80.00 | 1280.00 | | |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| 401KE | | 1,500.00 | [1] |
| DENT | 12.81 | 204.96 | [2] |
| MEDICAL | 61.80 | 988.80 | [2] |
| HSA | 20.00 | 320.00 | |
| ROTH | 100.00 | 100.00 | |
| VISION | 3.30 | 52.80 | [2] |
| **Total** | **197.91** | **3,166.56** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,055.94 | 29,087.29 | 174.29 | 2,331.74 |
| FICA | 2,055.94 | 30,587.29 | 127.47 | 1,896.41 |
| MEDI | 2,055.94 | 30,587.29 | 29.82 | 443.52 |
| SIT:PA | 2,055.94 | 30,587.29 | 63.12 | 938.97 |
| SUI:PA | 2,153.85 | 32,153.85 | 1.51 | 22.31 |
| Robeson, | 2,055.94 | 30,587.29 | 2.00 | 32.00 |
| Robeson, | 2,055.94 | 30,587.29 | 34.95 | 520.05 |
| **Total** | | | **433.16** | **6,185.00** |

### Net Pay

| | Current | YTD |
|---|---|---|
| **Net Pay** | **1,559.22** | **24,327.85** |
| Checking (9701) | 1,559.22 | 24,327.85 |

### Company Paid Benefits [3]

| | Current | YTD | |
|---|---|---|---|
| 401KE | | 750.00 | [1] |
| LIFE | 5.54 | 88.64 | |
| ROTH | 50.00 | 50.00 | |
| STD | 11.93 | 178.13 | |
| SUTA:PA | | 316.60 | |
| **Total** | **67.47** | **1,383.37** | |

### Accruals

| | Accrued | Taken | Bal. | Sch. | Accrue Rate |
|---|---|---|---|---|---|
| Paid Time Off | Hrs: 129.84 | 28.00 | 101.84 | 0.00 | 0.0577 Hrs /Pay Period |

### Tax Allowance Settings

Federal: Married Filing Jointly
Form W4 2020 And Later: Yes
Two Jobs: Yes
Claim Dependent: $1.00
Deduction: $0.00
Other Income: $0.00
Pennsylvania: Allowances: 0

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

---

Berks New Homes, LLC 3335 Morgantown Rd., P.O. Box 7, Mohnton, PA 19540    1 of 1
Business Phone #: 484-890-0416

**Berks New Homes, LLC**
3335 Morgantown Rd.
P.O. Box 7
Mohnton, PA 19540

| | |
|---|---|
| Pay Date: | 08/11/2023 |
| Voucher #: | (8311) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Teressa L. DeRoos | 1 | Checking | XXXX9701 | 031308807 | 1,559.22 |

000 Home Off/D120 Develop/808000  10026  08/11/2023   (8311)

**Teressa L. DeRoos**
10 Hemlock Dr
Mechanicsburg, PA 17055

**Non-Negotiable - This Is Not A Check**

**Berks New Homes, LLC**
3335 Morgantown Rd.
P.O. Box 7
Mohnton, PA 19540

000 Home Off/D120 Develop/808000   1
08/11/2023    (8311)
**Teressa L. DeRoos**
10 Hemlock Dr
Mechanicsburg, PA 17055

**Personal & Confidential**

| #10026 - Teressa L. DeRoos | Voucher #(7828) | Pay Date: 07/28/2023 |
| --- | --- | --- |
| 000 Home Off/D200 Marketi/607000 | | Pay Period: 07/09/2023-07/22/2023 |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
| --- | --- | --- | --- | --- | --- |
| REI | | | | 187.92 | 882.79 |
| PHO | | | | 36.44 | 546.60 |
| GYM | | | | | 59.73 |
| HOL | | | 40.00 | | 1,000.00 |
| PTO | 25.00 | 4.00 | 44.00 | 100.00 | 1,100.00 |
| REG | 25.00 | 76.00 | 1116.00 | 1,900.00 | 27,900.00 |
| **Gross Pay** | | | | **2,000.00** | **30,000.00** |
| Hours Worked | | 76.00 | 1116.00 | | |
| Hours Paid | | 80.00 | 1200.00 | | |

### Net Pay

| | Current | YTD |
| --- | --- | --- |
| **Net Pay** | **1,642.98** | **22,768.63** |
| Checking (9701) | 1,642.98 | 22,768.63 |

### Deductions

| | Current | YTD | |
| --- | --- | --- | --- |
| 401KE | 100.00 | 1,500.00 | [1] |
| DENT | 12.81 | 192.15 | [2] |
| MEDICAL | 61.80 | 927.00 | [2] |
| HSA | 20.00 | 300.00 | |
| VISION | 3.30 | 49.50 | [2] |
| **Total** | **197.91** | **2,968.65** | |

### Company Paid Benefits [3]

| | Current | YTD | |
| --- | --- | --- | --- |
| 401KE | 50.00 | 750.00 | [1] |
| LIFE | 5.54 | 83.10 | |
| STD | 11.08 | 166.20 | |
| SUTA:PA | | 316.60 | |
| **Total** | **66.62** | **1,315.90** | |

### Accruals

| | Accrued | Taken | Bal. | Sch. | Accrue Rate |
| --- | --- | --- | --- | --- | --- |
| Paid Time Off Hrs: | 125.23 | 28.00 | 97.23 | 0.00 | 0.0577 Hrs /Pay Period |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
| --- | --- | --- | --- | --- |
| FIT | 1,802.09 | 27,031.35 | 143.83 | 2,157.45 |
| FICA | 1,902.09 | 28,531.35 | 117.93 | 1,768.94 |
| MEDI | 1,902.09 | 28,531.35 | 27.58 | 413.70 |
| SIT:PA | 1,902.09 | 28,531.35 | 58.39 | 875.85 |
| SUI:PA | 2,000.00 | 30,000.00 | 1.40 | 20.80 |
| Robeson, | 1,902.09 | 28,531.35 | 2.00 | 30.00 |
| Robeson, | 1,902.09 | 28,531.35 | 32.34 | 485.10 |
| **Total** | | | **383.47** | **5,751.84** |

### Tax Allowance Settings

| Federal: | Married Filing Jointly |
| --- | --- |
| | Form W4 2020 And Later: Yes |
| | Two Jobs: Yes |
| | Claim Dependent: $1.00 |
| | Deduction: $0.00 |
| | Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

---

Berks New Homes, LLC 3335 Morgantown Rd., P.O. Box 7, Mohnton, PA 19540
Business Phone #: 484-890-0416

1 of 1

**Berks New Homes, LLC**
3335 Morgantown Rd.
P.O. Box 7
Mohnton, PA 19540

| Pay Date: | 07/28/2023 |
| --- | --- |
| Voucher #: | (7828) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
| --- | --- | --- | --- | --- | --- |
| Teressa L. DeRoos | 1 | Checking | XXXX9701 | 031308807 | 1,642.98 |

000 Home Off/D200 Marketi/607000  10026  07/28/2023  (7828)

**Teressa L. DeRoos**
10 Hemlock Dr
Mechanicsburg, PA 17055

**Non-Negotiable - This Is Not A Check**

**Berks New Homes, LLC**
3335 Morgantown Rd.
P.O. Box 7
Mohnton, PA 19540

000 Home Off/D200 Marketi/607000   10
07/28/2023    (7828)
**Teressa L. DeRoos**
10 Hemlock Dr
Mechanicsburg, PA 17055

**Personal & Confidential**

| #10026 - Teressa L. DeRoos | Voucher #(7662) | Pay Date: 07/14/2023 |
|---|---|---|
| 000 Home Off/D200 Marketi/607000 | | Pay Period: 06/25/2023-07/08/2023 |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| REI | | | | | 694.87 |
| PHO | | | | 36.44 | 510.16 |
| GYM | | | | | 59.73 |
| HOL | 25.00 | 8.00 | 40.00 | 200.00 | 1,000.00 |
| PTO | | | 40.00 | | 1,000.00 |
| REG | 25.00 | 72.00 | 1040.00 | 1,800.00 | 26,000.00 |
| **Gross Pay** | | | | **2,000.00** | **28,000.00** |
| Hours Worked | | 72.00 | 1040.00 | | |
| Hours Paid | | 80.00 | 1120.00 | | |

### Net Pay

| | Current | YTD |
|---|---|---|
| **Net Pay** | **1,455.06** | **21,125.65** |
| Checking (9701) | 1,455.06 | 21,125.65 |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| 401KE | 100.00 | 1,400.00 | [1] |
| DENT | 12.81 | 179.34 | [2] |
| MEDICAL | 61.80 | 865.20 | [2] |
| HSA | 20.00 | 280.00 | |
| VISION | 3.30 | 46.20 | [2] |
| **Total** | **197.91** | **2,770.74** | |

### Company Paid Benefits [3]

| | Current | YTD | |
|---|---|---|---|
| 401KE | 50.00 | 700.00 | [1] |
| LIFE | 5.54 | 77.56 | |
| STD | 11.08 | 155.12 | |
| SUTA:PA | | 316.60 | |
| **Total** | **66.62** | **1,249.28** | |

### Accruals

| | Accrued | Taken | Bal. | Sch. | Accrue Rate |
|---|---|---|---|---|---|
| Paid Time Off Hrs: | 120.61 | 24.00 | 96.61 | 0.00 | 0.0577 Hrs /Pay Period |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,802.09 | 25,229.26 | 143.83 | 2,013.62 |
| FICA | 1,902.09 | 26,629.26 | 117.93 | 1,651.01 |
| MEDI | 1,902.09 | 26,629.26 | 27.58 | 386.12 |
| SIT:PA | 1,902.09 | 26,629.26 | 58.39 | 817.46 |
| SUI:PA | 2,000.00 | 28,000.00 | 1.40 | 19.40 |
| Robeson, | 1,902.09 | 26,629.26 | 2.00 | 28.00 |
| Robeson, | 1,902.09 | 26,629.26 | 32.34 | 452.76 |
| **Total** | | | **383.47** | **5,368.37** |

### Tax Allowance Settings

Federal: Married Filing Jointly
Form W4 2020 And Later: Yes
Two Jobs: Yes
Claim Dependent: $1.00
Deduction: $0.00
Other Income: $0.00
Pennsylvania: Allowances: 0

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

---

Berks New Homes, LLC 3335 Morgantown Rd., P.O. Box 7, Mohnton, PA 19540    1 of 1
Business Phone #: 484-890-0416

**Berks New Homes, LLC**
3335 Morgantown Rd.
P.O. Box 7
Mohnton, PA 19540

Pay Date: 07/14/2023
Voucher #: (7662)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Teressa L. DeRoos | 1 | Checking | XXXX9701 | 031308807 | 1,455.06 |

000 Home Off/D200 Marketi/607000   10026   07/14/2023   (7662)

**Teressa L. DeRoos**
10 Hemlock Dr
Mechanicsburg, PA 17055

**Non-Negotiable - This Is Not A Check**

**Berks New Homes, LLC**
3335 Morgantown Rd.
P.O. Box 7
Mohnton, PA 19540

000 Home Off/D200 Marketi/607000   10
07/14/2023   (7662)
**Teressa L. DeRoos**
10 Hemlock Dr
Mechanicsburg, PA 17055

**Personal & Confidential**

| | #10026 - Teressa L. DeRoos<br>000 Home Off/D200 Marketi/607000 | | | Voucher #(7484) | | | Pay Date: 06/30/2023<br>Pay Period: 06/11/2023-06/24/2023 | |
|---|---|---|---|---|---|---|---|---|

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| REI | | | | | 694.87 |
| PHO | | | | 36.44 | 473.72 |
| GYM | | | | | 59.73 |
| HOL | | | 32.00 | | 800.00 |
| PTO | 25.00 | 12.00 | 40.00 | 300.00 | 1,000.00 |
| REG | 25.00 | 68.00 | 968.00 | 1,700.00 | 24,200.00 |
| **Gross Pay** | | | | **2,000.00** | **26,000.00** |
| Hours Worked | | 68.00 | 968.00 | | |
| Hours Paid | | 80.00 | 1040.00 | | |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| 401KE | 100.00 | 1,300.00 | [1] |
| DENT | 12.81 | 166.53 | [2] |
| MEDICAL | 61.80 | 803.40 | [2] |
| HSA | 20.00 | 260.00 | |
| VISION | 3.30 | 42.90 | [2] |
| **Total** | **197.91** | **2,572.83** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,802.09 | 23,427.17 | 143.83 | 1,869.79 |
| FICA | 1,902.09 | 24,727.17 | 117.93 | 1,533.08 |
| MEDI | 1,902.09 | 24,727.17 | 27.58 | 358.54 |
| SIT:PA | 1,902.09 | 24,727.17 | 58.39 | 759.07 |
| SUI:PA | 2,000.00 | 26,000.00 | 1.40 | 18.00 |
| Robeson, | 1,902.09 | 24,727.17 | 2.00 | 26.00 |
| Robeson, | 1,902.09 | 24,727.17 | 32.34 | 420.42 |
| **Total** | | | **383.47** | **4,984.90** |

### Net Pay

| | Current | YTD |
|---|---|---|
| **Net Pay** | **1,455.06** | **19,670.59** |
| Checking (9701) | 1,455.06 | 19,670.59 |

### Company Paid Benefits [3]

| | Current | YTD | |
|---|---|---|---|
| 401KE | 50.00 | 650.00 | [1] |
| LIFE | 5.54 | 72.02 | |
| STD | 11.08 | 144.04 | |
| SUTA:PA | | 316.60 | |
| **Total** | **66.62** | **1,182.66** | |

### Accruals

| | | Accrued | Taken | Bal. | Sch. | Accrue Rate |
|---|---|---|---|---|---|---|
| Paid Time Off | Hrs: | 116.00 | 24.00 | 92.00 | 0.00 | 0.0577 Hrs /Pay Period |

### Tax Allowance Settings

Federal: Married Filing Jointly
Form W4 2020 And Later: Yes
Two Jobs: Yes
Claim Dependent: $1.00
Deduction: $0.00
Other Income: $0.00

Pennsylvania: Allowances: 0

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Berks New Homes, LLC 3335 Morgantown Rd., P.O. Box 7, Mohnton, PA 19540
Business Phone #: 484-890-0416

1 of 1

---

**Berks New Homes, LLC**
3335 Morgantown Rd.
P.O. Box 7
Mohnton, PA 19540

| Pay Date: | 06/30/2023 |
|---|---|
| Voucher #: | (7484) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Teressa L. DeRoos | 1 | Checking | XXXX9701 | 031308807 | 1,455.06 |

000 Home Off/D200 Marketi/607000   10026   06/30/2023   (7484)

**Teressa L. DeRoos**
10 Hemlock Dr
Mechanicsburg, PA 17055

**Non-Negotiable - This Is Not A Check**

**Berks New Homes, LLC**
3335 Morgantown Rd.
P.O. Box 7
Mohnton, PA 19540

000 Home Off/D200 Marketi/607000   10
06/30/2023   (7484)
**Teressa L. DeRoos**
10 Hemlock Dr
Mechanicsburg, PA 17055

**Personal & Confidential**