Certificate Number: 06531-PAM-DE-037783456

Bankruptcy Case Number: 23-01979


06531-PAM-DE-037783456

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 21, 2023, at 7:42 o'clock AM CDT, Teressa Deroos completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  September 21, 2023      By:   /s/Stephanie Kjetland

Name: Stephanie Kjetland

Title:  Credit Counselor