In re:  Case No. 23-01979-HWV
Teressa L. DeRoos  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Oct 16, 2023      Form ID: ntcnfhrg      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teressa L. DeRoos, 10 Hemlock Dr., Mechanicsburg, PA 17055-4744 |
| 5563662 | | 12 Wolfe Furniture, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5570958 | + | Adam Kane, Jennifer Kane, 57 Sunset Drive, Mechanicsburg, PA 17050-1636 |
| 5570957 | + | Kane Rentals, LLC, 57 Sunset Drive, Mechanicsburg, PA 17050-1636 |
| 5563670 | + | Keifer Law Firm, LLC, 311 Market St., Kingston, PA 18704-5428 |
| 5563681 | | Pearl Capital, 870 Sheridan Rd, Highwood, IL 60040-1003 |
| 5563682 | | Pennsylvania Department of Revenue, Bureau of Compliance PO Box 280948, Harrisburg, PA 17128-0948 |
| 5563683 | | Susquehanna Valley Fcu, 1213 Slate Hill Rd, Camp Hill, PA 17001 |
| 5563676 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 16 2023 18:51:48 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5563951 | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 16 2023 18:50:57 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5563663 | Email/Text: ally@ebn.phinsolutions.com | Oct 16 2023 18:47:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 5563664 | Email/Text: rmcollections@belco.org | Oct 16 2023 18:47:00 | Belco Community Credit Union, Attn: Bankruptcy Dept., 449 Eisenhower Blvd, Ste 200, Harrisburg, PA 17111-2301 |
| 5563665 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 16 2023 18:52:00 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5563671 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 16 2023 18:47:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5563666 | Email/Text: mrdiscen@discover.com | Oct 16 2023 18:47:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5563667 | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 16 2023 18:48:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5563672 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 16 2023 18:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5563668 | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 16 2023 18:48:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5563669 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 16 2023 18:51:33 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5568347 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2023 18:51:00 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5563677 | | Email/Text: camanagement@mtb.com | Oct 16 2023 18:48:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5572259 | + | Email/Text: Unger@Members1st.org | Oct 16 2023 18:47:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5563678 | + | Email/Text: Unger@Members1st.org | Oct 16 2023 18:47:00 | Members 1st Fcu, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5563680 | | Email/Text: electronicbkydocs@nelnet.net | Oct 16 2023 18:48:00 | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 5563679 | | Email/Text: electronicbkydocs@nelnet.net | Oct 16 2023 18:48:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5563675 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 16 2023 18:48:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5563673 | | Email/Text: fesbank@attorneygeneral.gov | Oct 16 2023 18:47:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5572035 | | Email/Text: collections@premierecapitalfunding.com | Oct 16 2023 18:47:00 | Premier Capital Funding, LLC, 9265 4th Avenue, 2nd FL, Brooklyn NY 11209 |
| 5564072 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 16 2023 18:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5563685 | + | Email/Text: JWAGNER@TBFGROUP.COM | Oct 16 2023 18:47:00 | TBF Financial, LLC, 870 Sheridan Rd., Highwood, IL 60040-1003 |
| 5563684 | | Email/Text: JWAGNER@TBFGROUP.COM | Oct 16 2023 18:47:00 | Tbf Financial LLC, Attn: Bankruptcy Department, 740 Waukegan Rd, Ste 404, Deerfield, IL 60015-5505 |
| 5563674 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Oct 16 2023 18:47:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5570123 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 16 2023 18:48:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5564073 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5564316 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Teressa L. DeRoos jmh@johnhyamslaw.com acb@johnhyamslaw.com;ccv@johnhyamslaw.com;dlh@johnhyamslaw.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Teressa L. DeRoos,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−01979−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 22, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: November 29, 2023<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 16, 2023 |

ntcnfhrg (08/21)