## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Teressa L. DeRoos | : | CASE NO: 1:23-bk-01979-HWV |
|     Debtor | : | |
| | : | |
| Teressa L. DeRoos | : | |
|     Movant | : | |
| | : | |
| v. | : | 11 U.S.C. 363 |
| | : | |
| M&T Bank, | : | |
| Premier Capital Funding, | : | |
| Pennsylvania National Mutual Casualty | : | |
| Insurance Company, U.S. Treasury, | : | |
| Sunnova Management, LLC, | : | |
| William and Majorie Reynolds, | : | |
| TBF Financial LLC, Kane Rentals, LLC | : | |
| American Builders & Contractors | : | |
| Supply Co Inc, Pennsylvania | : | |
| Department of Revenue, Belco Community | : | |
| Credit Union and | : | |
| Jack N. Zaharopoulos, Trustee | : | |
|     Respondents | : | |

## **CERTIFICATE OF SERVICE**

    I, John M. Hyams, Esquire, hereby certify that on December 6, 2023, a true and correct copy of the foregoing **ORDER SETTING RESPONSE DEADLINE AND HEARING DATE OF MOTION FOR SALE FREE AND CLEAR OF LIENS** was served by first-class mail, postage prepaid or by electronic means on the persons below:

| | |
|---|---|
| JACK N. ZAHAROPOULOS, TRUSTEE<br>P.O. Box 410<br>Hummelstown, PA 17036 | UNITED STATES TRUSTEE<br>P.O. Box 969<br>Harrisburg, PA 17108 |
| M&T BANK<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | PREMIER CAPITAL FUNDING<br>9265 4th Avenue, 2nd Floor<br>Brooklyn, NY 11209 |
| SUNNOVA MANAGEMENT, LLC<br>20 Greenway Plaza, Suite 540<br>Huston, TX 77046 | TBF FINANCIAL, LLC<br>870 Sheridan Rd.<br>Highwood, IL 60040 |
| KANE RENTALS, LLC<br>57 Sunset Drive<br>Mechanicsburg, PA 17050 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>P.O. Box 280946<br>Harrisburg, PA17128-0946 |

| | |
|---|---|
| U.S. TREASURY<br>Pittsburgh Office Room 808<br>1000 Liberty Avenue<br>Pittsburgh, PA 15222-9974 | WILLIAM AND MARJORIE REYNOLDS<br>113 Thorncroft Drive<br>Mechanicsburg, PA 17050 |
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO, INC.<br>1 ABC Parkway<br>Beloit, WI 53511 | BELCO COMMUNITY CREDIT UNION<br>449 Eisenhower Blvd.<br>Harrisburg, PA 17111 |
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY<br>2 North Second Street<br>Harrisburg, PA 17105 | |

LAW OFFICES OF JOHN M. HYAMS

Date: December 6, 2023

By:/s John M. Hyams, Esquire
John M. Hyams, Esquire
2023 N. 2nd St.
Harrisburg, PA 17102
(717) 520-0300
jmh@johnhyamslaw.com
Attorney for Debtor