IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Teressa L. DeRoos<br>                      Debtor(s)<br><br>M&T BANK<br>                      Movant<br>    vs.<br><br>Teressa L. DeRoos<br>                      Debtor(s)<br><br>Jack N. Zaharopoulos,<br>                      Trustee | BK NO. 23-01979 HWV<br><br>**Chapter 13**<br>**Related to Doc 29** |

## RESPONSE TO AMENDED MOTION TO APPROVE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES AND APPROVING DISTRIBUTION OF PROCEEDS

    M&T Bank enters its response to the Debtor's Amended Motion to Approve Sale of Real Property Free and Clear of Liens, Claims and Encumbrances and Approving Distribution of Proceeds.

    1.    Creditor's loan is secured by a mortgage on Debtor's property at 10 Hemlock Drive, Mechanicsburg, PA 17055.

    2.    Creditor would not object to the sale so long as the Order entered is clear that the sale is not free and clear of secured creditors lien and same shall remain on the property until such time that it is paid in full.

    WHEREFORE, the Movant, M&T Bank, prays that the Court enters an Order requiring the Secured Creditor to be paid in full.

                                                                      Respectfully submitted,

Date: December 19, 2023                          */s/ Michael P. Farrington*
                                                                Michael P. Farrington, Esquire
                                                                Attorney I.D. 329636
                                                                KML Law Group, P.C.
                                                                BNY Mellon Independence Center
                                                                701 Market Street, Suite 5000
                                                                Philadelphia, PA 19106
                                                                215-627-1322
                                                                mfarrington@kmllawgroup.com

| | |
|---|---|
| **IN RE: Teressa L. DeRoos** <br> **Debtor(s)** <br><br> **M&T BANK** <br> **Movant** <br> vs. <br><br> **Teressa L. DeRoos** <br> **Debtor(s)** <br><br> **Jack N. Zaharopoulos**, <br> **Trustee** | **BK NO. 23-01979 HWV** <br><br> **Chapter 13** <br> **Related to Doc 29** |

**CERTIFICATE OF SERVICE**
**AMENDED MOTION TO APPROVE SALE OF REAL PROPERTY FREE AND**
**CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES AND APPROVING**
**DISTRIBUTION OF PROCEEDS**

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 19, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Teressa L. DeRoos
10 Hemlock Drive
Mechanicsburg, PA 17055

Attorney for Debtor(s) (via ECF)
John Matthew Hyams
Law Offices of John M. Hyams
2023 N 2nd Street
Harrisburg, PA 17102

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: December 19, 2023

*/s/ Michael P. Farrington*
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com