IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Teressa L. DeRoos | : | CASE NO: 1:23-bk-01979-HWV |
| Debtor | : | |
| | : | |
| Teressa L. DeRoos | : | |
| Movant | : | |
| | : | |
| v. | : | 11 U.S.C. 363 |
| | : | |
| M&T Bank, U.S. Treasury, | : | |
| William and Majorie Reynolds, | : | |
| Kane Rentals, LLC | : | |
| American Builders & Contractors | : | |
| Supply Co Inc, Pennsylvania Department | : | |
| of Revenue, Belco Community Credit | : | |
| Union, RF Fager Company, | : | |
| Commonwealth of Pennsylvania Office of | : | |
| Attorney General, | : | |
| and Jack N. Zaharopoulos, Trustee | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, John M. Hyams, Esquire, do hereby certify and affirm that on February 6, 2024, a true and correct copy of the **ORDER SETTING RESPONSE DEADLINE AND HEARING DATE OF MOTION FOR SALE FREE AND CLEAR OF LIENS**, has been sent either through electronic means, or via first class mail to the following:

| | |
|---|---|
| JACK N. ZAHAROPOULOS, TRUSTEE<br>P.O. Box 410<br>Hummelstown, PA 17036 | UNITED STATES TRUSTEE<br>P.O. Box 969<br>Harrisburg, PA 17108 |
| M&T BANK<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>P.O. Box 280946<br>Harrisburg, PA17128-0946 |
| RF FAGER COMPANY<br>Peter Good<br>Attorney for Creditor<br>Caldwell & Kearns, P.C.<br>3631 N Front St.<br>Harrisburg, PA 17110 | COMMONWEALTH OF PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>15th Floor, Strawberry Square<br>Harrisburg, PA 17120 |
| KANE RENTALS, LLC<br>57 Sunset Drive<br>Mechanicsburg, PA 17050 | BELCO COMMUNITY CREDIT UNION<br>449 Eisenhower Blvd.<br>Harrisburg, PA 17111 |

| | |
|---|---|
| U.S. TREASURY<br>Pittsburgh Office Room 808<br>1000 Liberty Avenue<br>Pittsburgh, PA 15222-9974 | WILLIAM AND MARJORIE REYNOLDS<br>113 Thorncroft Drive<br>Mechanicsburg, PA 17050 |
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO, INC.<br>1 ABC Parkway<br>Beloit, WI 53511 | |

LAW OFFICES OF JOHN M. HYAMS

Date: February 6, 2024

By:/s John M. Hyams, Esquire
John M. Hyams, Esquire
2023 N. 2nd St.
Harrisburg, PA 17102
(717) 520-0300
jmh@johnhyamslaw.com
Attorney for Debtor