# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Teressa L. DeRoos,

**Debtor 1**

Chapter: 13

Case number: 1:23–bk–01979–HWV

Document Number: 44

Matter: Amended Motion for Sale Free and Clear of Liens

Teressa L. DeRoos,
**Movant(s)**

vs.

Adam Kane, M&T Bank, US Treasury, William and Marjorie Reynolds, Kane Rentals LLC, American Builders & Contractors Supply Co Inc, PA Department of Revenue, Belco Community Credit Union, RF Fager Co, Commonwealth of PA Office of Attorney General and Jack N. Zaharopoulos (Trustee)
**Respondent(s)**

### Order

Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above–referenced Motion shall be made by the moving party on all respondent(s) named in the Motion claiming an interest in the property, counsel, and in a Chapter 11 case service shall also be made upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R 4001–6. Service shall be made and a certification of service filed evidencing service of pleading.

**IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court on or before **2/26/24**. If no Response is filed, relief may be granted. A hearing will be held if a responsive pleading is timely filed, requested by the moving party, or ordered by the Court. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the below date and time.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: 3/26/24 <br><br> Time: 09:30 AM |

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: February 16, 2024

Initial requests for a continuance of hearing ( *L.B.F. 9013–4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074–1.

Photo identification is required upon entering the Courthouse.

orreshrg(5/18)