IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Teressa L. DeRoos | : | CASE NO: 1:23-bk-01979-HWV |
|     Debtor | : | |
| | : | |
| Teressa L. DeRoos | : | |
|     Movant | : | |
| | : | |
| v. | : | 11 U.S.C. 363 |
| Adam Kane | : | |
| M&T Bank, U.S. Treasury, | : | |
| William and Majorie Reynolds, | : | |
| Kane Rentals, LLC | : | |
| American Builders & Contractors | : | |
| Supply Co Inc, Pennsylvania Department | : | |
| of Revenue, Belco Community Credit | : | |
| Union, RF Fager Company, | : | |
| Commonwealth of Pennsylvania Office of | : | |
| Attorney General, | : | |
| and Jack N. Zaharopoulos, Trustee | : | |
|     Respondents | : | |

## CERTIFICATE OF SERVICE

    I, John M. Hyams, Esquire, do hereby certify and affirm that on February 16, 2024, a true and correct copy of the ORDER SETTING RESPONSE DEADLINE AND HEARING DATE OF MOTION FOR SALE FREE AND CLEAR OF LIENS, has been sent either through electronic means, or via first class mail to the following:

| | |
|---|---|
| JACK N. ZAHAROPOULOS, TRUSTEE<br>P.O. Box 410<br>Hummelstown, PA 17036 | UNITED STATES TRUSTEE<br>P.O. Box 969<br>Harrisburg, PA 17108 |
| M&T BANK<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>P.O. Box 280946<br>Harrisburg, PA17128-0946 |
| RF FAGER COMPANY<br>Peter Good<br>Attorney for Creditor<br>Caldwell & Kearns, P.C.<br>3631 N Front St.<br>Harrisburg, PA 17110 | COMMONWEALTH OF PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>15th Floor, Strawberry Square<br>Harrisburg, PA 17120 |
| KANE RENTALS, LLC<br>57 Sunset Drive<br>Mechanicsburg, PA 17050 | BELCO COMMUNITY CREDIT UNION<br>449 Eisenhower Blvd.<br>Harrisburg, PA 17111 |

| | |
|---|---|
| U.S. TREASURY<br>Pittsburgh Office Room 808<br>1000 Liberty Avenue<br>Pittsburgh, PA 15222-9974 | WILLIAM AND MARJORIE REYNOLDS<br>113 Thorncroft Drive<br>Mechanicsburg, PA 17050 |
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO, INC.<br>1 ABC Parkway<br>Beloit, WI 53511 | ADAM KANE<br>57 Sunset Drive<br>Mechanicsburg, PA 17050 |

LAW OFFICES OF JOHN M. HYAMS

Date: February 16, 2024

By:/s John M. Hyams, Esquire
John M. Hyams, Esquire
2023 N. 2nd St.
Harrisburg, PA 17102
(717) 520-0300
jmh@johnhyamslaw.com
Attorney for Debtor