In re:          Case No. 23-01979-HWV

Teressa L. DeRoos         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2

Date Rcvd: Feb 16, 2024      Form ID: pdf010      Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | American Builders & Contractors, Suply Co Inc, 1 ABC Parkway, Beloit, WI 53511-4466 |
| | + | Commonwealth of PA, Office of Atty General, 15th Floor Strawberry Square, Harrisburg, PA 17120-0001 |
| | + | RF Fager Co, c/o Peter Good Esq, Caldwell & Kerns PC, 3631 N Front St, Harrisburg, PA 17110-1500 |
| | + | Wiliam and Marjorie Reynolds, 113 Thorncroft Drive, Mechanicsburg, PA 17050-5303 |
| 5570958 | + | Adam Kane, Jennifer Kane, 57 Sunset Drive, Mechanicsburg, PA 17050-1636 |
| 5570957 | + | Kane Rentals, LLC, 57 Sunset Drive, Mechanicsburg, PA 17050-1636 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 16 2024 18:37:00 | US Treasury, Pittsburgh Office Room 808, 1000 Liberty Avenue, Pittsburgh, PA 15222-4015 |
| 5563664 | Email/Text: rmcollections@belco.org | Feb 16 2024 18:37:00 | Belco Community Credit Union, Attn: Bankruptcy Dept., 449 Eisenhower Blvd, Ste 200, Harrisburg, PA 17111-2301 |
| 5576555 | Email/Text: camanagement@mtb.com | Feb 16 2024 18:37:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5563675 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2024 18:37:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2024       Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Teressa L. DeRoos jmh@johnhyamslaw.com acb@johnhyamslaw.com;ccv@johnhyamslaw.com;dlh@johnhyamslaw.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Teressa L. DeRoos | : | CASE NO: 1:23-bk-01979-HWV |
|     Debtor | : | |
| | : | |
| Teressa L. DeRoos | : | |
|     Movant | : | |
| | : | |
|     v. | : | 11 U.S.C. 363 |
| Adam Kane | : | |
| M&T Bank, U.S. Treasury, | : | |
| William and Majorie Reynolds, | : | |
| Kane Rentals, LLC | : | |
| American Builders & Contractors | : | |
| Supply Co Inc, Pennsylvania Department | : | |
| of Revenue, Belco Community Credit | : | |
| Union, RF Fager Company, | : | |
| Commonwealth of Pennsylvania Office of | : | |
| Attorney General, | : | |
| and Jack N. Zaharopoulos, Trustee | : | |
|     Respondents | : | |

## ORDER

Upon consideration of Debtor's Motion to Shorten Time for Notice of Debtor's Amended Motion to Approve Sale of Real Property Free and Clear of Liens, Claims and Encumbrances and to Approve Distribution of Proceeds it is hereby,

**ORDERED**, that the Notice Period for the Debtor's Amended Motion to Approve Sale of Real Property Free and Clear of Liens, Claims and Encumbrances and to Approve Distribution of Proceeds is hereby lessened to ten (10) calendar days.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 16, 2024