IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Teressa L. DeRoos | : | CASE NO: 1:23-bk-01979-HWV |
|     Debtor | : | |
| | : | |
| Teressa L. DeRoos | : | |
|     Movant | : | |
| | : | |
|     v. | : | 11 U.S.C. 363 |
| Adam Kane | : | |
| M&T Bank, U.S. Treasury, | : | |
| William and Majorie Reynolds, | : | |
| Kane Rentals, LLC | : | |
| American Builders & Contractors | : | |
| Supply Co Inc, Pennsylvania Department | : | |
| of Revenue, Belco Community Credit | : | |
| Union, RF Fager Company, | : | |
| Commonwealth of Pennsylvania Office of | : | |
| Attorney General, | : | |
| and Jack N. Zaharopoulos, Trustee | : | |
|     Respondents | : | |

**NOTICE TO CREDITORS AND OTHER PARTIES
IN INTEREST OF A SALE OF REAL PROPERTY
FREE AND CLEAR OF LIENS, CLAIMS AND
ENCUMBRANCES AND APPROVING DISTRIBUTION OF PROCEEDS**

    Teressa L. DeRoos herein, has filed an Amended Motion to Approve Sale of Real Property Free and Clear of Liens, Claims and Encumbrances and Approving Distribution of Proceeds (the "Motion") for the sale of that certain property located at and known as 10 Hemlock Dr, Mechanicsburg, Cumberland County, Pennsylvania (the "Real Property"). Such sale is to be free and clear of all liens, claims, and encumbrances, except easements now existing for utilities, as well as recorded rights-of-way, all as more fully set forth in the Motion. The sale is proposed to James M Doren and Aida Doren for the total consideration of $279,900.00.

    The disposition from the Real Property sale is more fully set forth in the Amended Motion, which has been filed with the Bankruptcy Court. A copy of such Amended Motion may be obtained from the Clerk's Office of the Bankruptcy Court. The Debtor proposes to pay, generally, all present real estate taxes, prorated to settlement, certain commissions and

charges and expenses in connection with the sale of the Real Property including the amount of $3,188.00 to the Law Offices of John M. Hyams, attorney for Debtor, for services in connection with the sale.

      Anyone wishing for a complete description of the property or inventory of the property, for additional information on the place and time of sale, the ability to examine the property prior to the sale, or the terms and conditions of the sale may contact Debtor's counsel, the Law Offices of John M. Hyams. The sale is not subject to higher or better offers, and the sale will not be advertised. Any inquiries regarding the sale should be directed to Debtor's counsel, the Law Offices of John M. Hyams.

      Anyone wishing to object to the Amended Motion must do so in writing. Any objection shall be in accordance with the Federal Rules of Bankruptcy Procedure, must set forth the basis for such objection, and must be filed with the Clerk of the United States Bankruptcy Court at the address set forth below, on or before the expiration of the tenth (10th) calendar day after the date of this Notice. The objecting party shall appear at any hearing on this Amended Motion. Unless objections are timely filed, and the objecting party appears at the hearing, the Court may approve the Amended Motion as set forth above.

      A copy of any objection to the Amended Motion must be served on Debtor's Counsel, the Law Offices of John M. Hyams, 2023 N. 2nd Street, Suite 203, Harrisburg, PA 17102, such that he has receipt of such objection on or before the expiration of the tenth (10th) calendar day after the date hereof.

      A hearing will be conducted only if objections are filed. If objections are filed, the matter will be scheduled to be heard on March 26, 2024 at 9:30 AM. United States Bankruptcy Court, Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom No. 4B, 1501 N. 6th Street, Harrisburg, PA 17102.

Date: February 20, 2024