IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :        CHAPTER 13
                                    :
                                    :
Teressa L. DeRoos                   :
                                    :
                                    :        CASE NO: 1:23-bk-01979-HWV
        Debtor                      :

**ELECTION TO CONVERT TO CHAPTER 7**

TO THE CLERK:

Please convert the case from one under Chapter 13 of the United States Bankruptcy Code

to one under Chapter 7.

Dated:  May 15, 2024                By: /s/  John M. Hyams
                                        John M. Hyams
                                        Attorney for Debtor