United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 23-01979-HWV

Teressa L. DeRoos                                             Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                  User: AutoDocke                                        Page 1 of 3
Date Rcvd: May 15, 2024                           Form ID: 309A                                     Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Teressa L. DeRoos, 10 Hemlock Dr., Mechanicsburg, PA 17055-4744 |
| aty | + | Joycelyn S Peyton, US Department of Justice, Tax Division, P.O. Box 227, Ben Franklin Station, Washington, DC 20044-0227 |
| aty | + | Michael Patrick Farrington, KML Law Group, P.C., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + | United States of America, US Dept. of Justice, PO Box 227, WASHINGTON, DC 20044-0227 |
| 5563662 | | 12 Wolfe Furniture, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5570958 | + | Adam Kane, Jennifer Kane, 57 Sunset Drive, Mechanicsburg, PA 17050-1636 |
| 5570957 | + | Kane Rentals, LLC, 57 Sunset Drive, Mechanicsburg, PA 17050-1636 |
| 5563670 | + | Keifer Law Firm, LLC, 311 Market St., Kingston, PA 18704-5428 |
| 5563681 | | Pearl Capital, 870 Sheridan Rd, Highwood, IL 60040-1003 |
| 5563682 | | Pennsylvania Department of Revenue, Bureau of Compliance PO Box 280948, Harrisburg, PA 17128-0948 |
| 5563683 | | Susquehanna Valley Fcu, 1213 Slate Hill Rd, Camp Hill, PA 17001 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jmh@johnhyamslaw.com | May 15 2024 18:37:00 | John Matthew Hyams, Law Offices of John M. Hyams, 2023 N 2nd St, Harrisburg, PA 17102 |
| tr | + | EDI: BKKGENDRON | May 15 2024 22:35:00 | Kara Katherine Gendron, Mott & Gendron Law, (Trustee), 125 State St, Harrisburg, PA 17101-1025 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | May 15 2024 18:37:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5563951 | + | EDI: AISACG.COM | May 15 2024 22:36:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5575138 | + | EDI: AISACG.COM | May 15 2024 22:36:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5563663 | | EDI: GMACFS.COM | May 15 2024 22:35:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 5563664 | | Email/Text: rmcollections@belco.org | May 15 2024 18:37:00 | Belco Community Credit Union, Attn: Bankruptcy Dept., 449 Eisenhower Blvd, Ste 200, Harrisburg, PA 17111-2301 |
| 5563665 | | EDI: CITICORP | May 15 2024 22:35:00 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5563671 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 15 2024 18:37:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5563666 | | EDI: DISCOVER | | |

| | | | | |
|---|---|---|---|---|
| | | | May 15 2024 22:35:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5563667 | | EDI: PHINGENESIS | May 15 2024 22:36:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5563672 | | EDI: IRS.COM | May 15 2024 22:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5563668 | | EDI: JEFFERSONCAP.COM | May 15 2024 22:36:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5563669 | | EDI: JPMORGANCHASE | May 15 2024 22:35:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5568347 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2024 18:43:22 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5563677 | | Email/Text: camanagement@mtb.com | May 15 2024 18:37:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5576555 | | Email/Text: camanagement@mtb.com | May 15 2024 18:37:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5572259 | + | Email/Text: Unger@Members1st.org | May 15 2024 18:37:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5563678 | + | Email/Text: Unger@Members1st.org | May 15 2024 18:37:00 | Members 1st Fcu, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5563680 | | Email/Text: electronicbkydocs@nelnet.net | May 15 2024 18:37:00 | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 5563679 | | Email/Text: electronicbkydocs@nelnet.net | May 15 2024 18:37:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5563675 | | EDI: PENNDEPTREV | May 15 2024 22:36:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5563675 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 15 2024 18:37:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5563673 | | Email/Text: fesbank@attorneygeneral.gov | May 15 2024 18:37:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5572035 | | Email/Text: collections@premierecapitalfunding.com | May 15 2024 18:37:00 | Premier Capital Funding, LLC, 9265 4th Avenue, 2nd FL, Brooklyn NY 11209 |
| 5564072 | | EDI: PENNDEPTREV | May 15 2024 22:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5564072 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 15 2024 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5574106 | | EDI: Q3G.COM | May 15 2024 22:36:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5577363 | | Email/Text: claimsdepartment@sunnova.com | May 15 2024 18:37:00 | Sunnova Energy Corporation, 20 Greenway Plaza, Suite 540, Houston, TX 77046 |
| 5563685 | + | Email/Text: JWAGNER@TBFGROUP.COM | May 15 2024 18:37:00 | TBF Financial, LLC, 870 Sheridan Rd., Highwood, IL 60040-1003 |
| 5563684 | | Email/Text: JWAGNER@TBFGROUP.COM | May 15 2024 18:37:00 | Tbf Financial LLC, Attn: Bankruptcy Department, 740 Waukegan Rd, Ste 404, Deerfield, IL 60015-5505 |
| 5563674 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | May 15 2024 18:37:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5570123 | + | Email/Text: electronicbkydocs@nelnet.net | May 15 2024 18:37:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

5563676 ^ MEBN

May 15 2024 18:32:57    United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5564073 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5564316 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2024      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Teressa L. DeRoos jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Joycelyn S Peyton | on behalf of Creditor United States of America Joycelyn.S.Peyton@usdoj.gov eastern.taxcivil@usdoj.gov |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Teressa L. DeRoos<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–4357<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter: | 13   9/1/23 |
| Case number: | 1:23–bk–01979–HWV | Date case converted to chapter: | 7   5/15/24 |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Teressa L. DeRoos | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 10 Hemlock Dr.<br>Mechanicsburg, PA 17055 | |
| 4. | **Debtor's attorney**<br>Name and address | John Matthew Hyams<br>Law Offices of John M. Hyams<br>2023 N 2nd St<br>Harrisburg, PA 17102 | Contact phone 717–520–0300<br>Email: jmh@johnhyamslaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Kara Katherine Gendron<br>Mott & Gendron Law<br>(Trustee)<br>125 State St<br>Harrisburg, PA 17101 | Contact phone 717–232–6650<br>Email: karagendrontrustee@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| Debtor **Teressa L. DeRoos** | | | Case number **1:23-bk-01979-HWV** |

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901-2800<br><br>Date: 5/15/24 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 11, 2024 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>***Valid photo identification and proof of social security number are required*** | Location:<br><br>Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 622 826 9820, Click on Join using passcode 2750956376, or call 1-267-552-4616<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/10/24** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline** page **2**