

**John M. Hyams,** *Esquire*
jmh@johnhyamslaw.com

**Law Offices Of
John M. Hyams**

**Amelia C. Berdanier,** *Paralegal*
acb@johnhyamslaw.com

**Karla E. Flores,** *Legal Assistant*
kef@johnhyamslaw.com

June 4, 2024

US Bankruptcy Court
Sylvia H. Rambo US Courthouse
501 North 6th Street
Harrisburg, PA 171012

Re: **Change of Address
Chapter 7 Bankruptcy
Teressa L. DeRoos
Case No.: 1:23-bk-01979-HWV**

Dear Sir or Madam:

Please note that the above referenced Debtor wishes to have all future correspondence mailed to:

Teressa L. DeRoos
401 Garden Dr.
Mechanicsburg, PA 17055

The Debtor no longer resides at the address listed on the Voluntary Petition:

Teressa L. DeRoos
10 Hemlock Dr.
Mechanicsburg, PA 17055

We thank you in advance for your attention to this matter.

Very truly yours,

**LAW OFFICES OF JOHN M. HYAMS**

John M. Hyams
JMH:acb
Enclosure

2023 N. 2nd Street • Harrisburg, PA 17102 • 717-520-0300
5000 Ritter Road, Mechanicsburg, PA 17055
1099 W. Governor Road, Hershey, PA 17033

Case 1:23-bk-01979-HWV    Doc 75    Filed 06/04/24    Entered 06/04/24 10:59:31    Desc
Main Document    Page 1 of 1