IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 7 |
| TERESSA L. DEROOS : | |
|    Debtor : | CASE NO. 1:23-bk-01979 |
| : | |
| : | |
| : | |

## APPLICATION BY TRUSTEE TO AUTHORIZE KARA K. GENDRON AND THE LAW FIRM OF MOTT & GENDRON LAW AS ATTORNEY FOR TRUSTEE

1. On May 15, 2024, applicant was appointed as Trustee in the above matter.

2. Applicant wishes to employ Kara K. Gendron and the Law Firm of Mott & Gendron Law as of the date of this application, as an attorney duly admitted to practice in this Court, and makes this application pursuant to Rule 2014, Federal Rules of Bankruptcy Procedure. Applicant has selected Kara K. Gendron and the Law Firm of Mott & Gendron Law for the reason that said law offices have had considerable experience in bankruptcy matters, and applicant believes that said law office is well qualified to represent her in this proceeding. Under Section 327(d) of the Bankruptcy Code, the Trustee may act as attorney for the estate if it is in the best interest of the estate for her to do so.

3. It is necessary that your applicant employ an attorney in connection with this case (a) to recover other assets rightfully belonging to the estate; (b) to document the sale of assets of the estate; and (c) to do all other necessary legal acts as would be required to represent the Trustee in this proceeding.

4. To the best of applicant's knowledge, Kara K. Gendron and the Law Firm of Mott & Gendron Law has no connection with the debtor, creditors, or any other party of interest, and

represents no interest adverse to the Trustee of the estate in matters upon which it is to be engaged, and its employment would be in the best interest of the estate.

5. The normal hourly billing rates of said law firm, at the time of this application, are $400.00 per hour for partners and $125.00 per hour for paraprofessionals. It is contemplated that said law firm will seek compensation based upon its normal and usual hourly billing rates, and reimbursement of expenses.

WHEREFORE, applicant prays that she be authorized to retain Kara K. Gendron and the Law Firm of Mott & Gendron Law in this case effective as of the date of this Application, and that she have such other and further relief as is just.

Dated: June 19, 2024

Respectfully submitted,

/s/ Kara K. Gendron
Kara K. Gendron, Trustee
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
TERESSA L. DEROOS :
    Debtor : CASE NO. 1:23-bk-01979
:
:
:

**AFFIDAVIT OF DISINTEREST**
**OF KARA K. GENDRON AND THE LAW FIRM OF MOTT & GENDRON LAW**

On June 19, 2024, the undersigned, Kara K. Gendron, and the Law Firm of Mott & Gendron Law do affirm that:

1. The affiant proposes to be retained by the Trustee as Attorney for the Estate.

2. There exist no known adverse interest with the Debtors, creditors or other parties in interest of the Estate other than Kara K. Gendron is the appointed Trustee in this case.

3. That affiant has no knowledge or information would render her or the firm unable to perform services to the standards of the profession for the Estate.

I declare under penalty of perjury that the facts contained in the foregoing Affidavit of Disinterest are true and correct to the best of my knowledge, information and belief.

                                    Respectfully submitted,

                                    /s/ Kara K. Gendron
                                    Kara K. Gendron,Trustee
                                    MOTT & GENDRON LAW
                                    125 State Street
                                    Harrisburg, PA 17101
                                    http://www.mottgendronlaw.com
                                    T: (717) 232-6650 | F: (717) 232-0477

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| TERESSA L. DEROOS | : | |
|     Debtor | : | CASE NO. 1:23-bk-01979 |
| | : | |
| | : | |
| | : | |

## ORDER APPOINTING KARA K. GENDRON AND THE LAW FIRM OF MOTT & GENDRON LAW AS ATTORNEY FOR THE ESTATE

Upon consideration of a review of the Application filed by the Trustee and it appearing that the Estate will require the services of an Attorney, it is hereby,

ORDERED that Kara K. Gendron, Esquire and the Law Firm of Mott & Gendron Law 125 State Street, Harrisburg, PA 17101, are hereby appointed Attorneys for the Estate.

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. In re Engel, 124 F.3d 567 (3rd Cir. 1997).

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 7 |
| TERESSA L. DEROOS : | |
|     Debtor : | CASE NO. 1:23-bk-01979 |
| : | |
| : | |
| : | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2024, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addresses:

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

**John Matthew Hyams**
Law Offices of John M. Hyams
2023 N 2nd St
Harrisburg, PA 17102
717-520-0300
Fax : 717-298-2055
Email: jmh@johnhyamslaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants at the following addresses:

None


Dated: June 19, 2024


                                                                Respectfully submitted,

                                                                /s/ Kara K. Gendron
                                                                Kara K. Gendron, Trustee
                                                                MOTT & GENDRON LAW
                                                                125 State Street
                                                                Harrisburg, PA 17101
                                                                http://www.mottgendronlaw.com
                                                                T: (717) 232-6650 | F: (717) 232-0477