United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Teressa L. DeRoos  
    Debtor

Case No. 23-01979-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jun 20, 2024     Form ID: ntasset     Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teressa L. DeRoos, 401 Garden Dr, Mechanicsburg, PA 17055-4411 |
| cr | + | United States of America, US Dept. of Justice, PO Box 227, WASHINGTON, DC 20044-0227 |
| 5563662 | | 12 Wolfe Furniture, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5570958 | + | Adam Kane, Jennifer Kane, 57 Sunset Drive, Mechanicsburg, PA 17050-1636 |
| 5570957 | + | Kane Rentals, LLC, 57 Sunset Drive, Mechanicsburg, PA 17050-1636 |
| 5563670 | + | Keifer Law Firm, LLC, 311 Market St., Kingston, PA 18704-5428 |
| 5563681 | | Pearl Capital, 870 Sheridan Rd, Highwood, IL 60040-1003 |
| 5563682 | | Pennsylvania Department of Revenue, Bureau of Compliance PO Box 280948, Harrisburg, PA 17128-0948 |
| 5563683 | | Susquehanna Valley Fcu, 1213 Slate Hill Rd, Camp Hill, PA 17001 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5563951 | + | EDI: AISACG.COM | Jun 20 2024 23:10:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5575138 | + | EDI: AISACG.COM | Jun 20 2024 23:10:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5563663 | | EDI: GMACFS.COM | Jun 20 2024 23:10:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 5563664 | | Email/Text: rmcollections@belco.org | Jun 20 2024 19:09:00 | Belco Community Credit Union, Attn: Bankruptcy Dept., 449 Eisenhower Blvd, Ste 200, Harrisburg, PA 17111-2301 |
| 5563665 | | EDI: CITICORP | Jun 20 2024 23:10:00 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5563671 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 20 2024 19:09:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5563666 | | EDI: DISCOVER | Jun 20 2024 23:10:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5563667 | | EDI: PHINGENESIS | Jun 20 2024 23:10:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5563672 | | EDI: IRS.COM | Jun 20 2024 23:10:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5563668 | | EDI: JEFFERSONCAP.COM | Jun 20 2024 23:10:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5563669 | | EDI: JPMORGANCHASE | Jun 20 2024 23:10:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5568347 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 20 2024 19:19:14 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5563677 | | Email/Text: camanagement@mtb.com | Jun 20 2024 19:09:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5576555 | | Email/Text: camanagement@mtb.com | Jun 20 2024 19:09:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5572259 | + | Email/Text: Unger@Members1st.org | Jun 20 2024 19:09:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5563678 | + | Email/Text: Unger@Members1st.org | Jun 20 2024 19:09:00 | Members 1st Fcu, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5563680 | | Email/Text: electronicbkydocs@nelnet.net | Jun 20 2024 19:09:00 | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 5563679 | | Email/Text: electronicbkydocs@nelnet.net | Jun 20 2024 19:09:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5563675 | | EDI: PENNDEPTREV | Jun 20 2024 23:10:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5563675 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 20 2024 19:09:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5563673 | | Email/Text: fesbank@attorneygeneral.gov | Jun 20 2024 19:09:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5572035 | | Email/Text: collections@premierecapitalfunding.com | Jun 20 2024 19:09:00 | Premier Capital Funding, LLC, 9265 4th Avenue, 2nd FL, Brooklyn NY 11209 |
| 5564072 | | EDI: PENNDEPTREV | Jun 20 2024 23:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5564072 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 20 2024 19:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5574106 | | EDI: Q3G.COM | Jun 20 2024 23:10:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5577363 | | Email/Text: claimsdepartment@sunnova.com | Jun 20 2024 19:09:00 | Sunnova Energy Corporation, 20 Greenway Plaza, Suite 540, Houston, TX 77046 |
| 5563685 | + | Email/Text: JWAGNER@TBFGROUP.COM | Jun 20 2024 19:09:00 | TBF Financial, LLC, 870 Sheridan Rd., Highwood, IL 60040-1003 |
| 5563684 | | Email/Text: JWAGNER@TBFGROUP.COM | Jun 20 2024 19:09:00 | Tbf Financial LLC, Attn: Bankruptcy Department, 740 Waukegan Rd, Ste 404, Deerfield, IL 60015-5505 |
| 5563674 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Jun 20 2024 19:09:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5570123 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 20 2024 19:09:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5563676 | ^ | MEBN | Jun 20 2024 19:07:48 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5564073 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5564316 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

District/off: 0314-1 | User: AutoDocke | Page 3 of 3
Date Rcvd: Jun 20, 2024 | Form ID: ntasset | Total Noticed: 38
TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:**

**Name** | **Email Address**

Denise E. Carlon
  on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

John Matthew Hyams
  on behalf of Debtor 1 Teressa L. DeRoos jmh@johnhyamslaw.com
  acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com

Joycelyn S Peyton
  on behalf of Creditor United States of America Joycelyn.S.Peyton@usdoj.gov  eastern.taxcivil@usdoj.gov

Kara Katherine Gendron
  karagendrontrustee@gmail.com  PA89@ecfcbis.com,trusteenoticesbox@gmail.com

United States Trustee
  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Teressa L. DeRoos, | Chapter 7 |
| **Debtor 1** | Case No. 1:23−bk−01979−HWV |

Social Security No.:
xxx−xx−4357

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **September 20, 2024**

Governmental units must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **March 1, 2024**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov – Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self−addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**Address of the Bankruptcy Clerk's Office:**
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102
(717) 901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: ChristopherGambini, Deputy Clerk

Date: June 20, 2024

ntasset(B204)(03/23)