dotloop signature verification: dtlp.us/Cl4y-huJb-RfF6czY

# CHANGE IN TERMS ADDENDUM TO AGREEMENT OF SALE
CTA

This form recommended and approved for, but not restricted to use by, the members of the Pennsylvania Association of Realtors® (PAR).

1 **PROPERTY** 10 Hemlock Drive, Mechanicsburg, PA 17055
2 **SELLER** Kara Gendron, Trustee for the Bankruptcy Estate of Teressa DeRoos
3 **BUYER** William Stump and Mabel Stump

4 **The following terms of the Agreement of Sale are changed as stated below:**
5 **1. REPAIRS**
6     Seller, at Seller's expense, will complete the following repairs no later than _____ days prior to Settlement Date (prior to
7 settlement, if not specified), in a workmanlike manner, with all required permits, according to the attached contractor's proposal(s),
8 if any, the terms of which, including the persons and specifications contained therein, shall become part of this Agreement:
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____

24 **2. SELLER CONCESSION**
25     **(A) Buyer Broker Fee**
26         Buyer Broker Fee is changed to $_____ , or _____ % of the Purchase price, to Broker for Buyer on behalf of
27         Buyer at settlement.
28     **(B) Closing Cost Assistance**
29         Closing Cost Assistance is changed to $4,000 _____ , or _____ % of the Purchase price, maximum, toward Buyer's
30         costs as permitted by the mortgage lender, if any. Seller is only obligated to pay up to the amount or percentage which is
31         approved by mortgage lender.

32 **3. PURCHASE PRICE**
33 Purchase Price is changed from $_____ to $_____ .

34 **4. ACCEPTANCE & SETTLEMENT**
35     (A) Written acceptance of all parties will be on or before: _____
36     (B) Settlement Date is changed from _____ to _____

37 **5. MORTGAGE TERMS**
38     (A) **Mortgage Type** is changed from _____ to _____
39     (B) **Mortgage amount**
40         1. First mortgage amount is changed from $_____ to $_____
41         2. Second mortgage amount is changed from $_____ to $_____
42     (C) **Mortgage Lender**
43         1. First mortgage lender is changed to _____
44         2. Second mortgage lender is changed to _____
45         3. Buyer will submit a completed, written mortgage application to the identified lender(s), if any, according to the terms of the
46         Mortgage Contingency paragraph of the Agreement of Sale on or before: _____

47 Buyer Initials:           **CTA Page 1 of 2**          Seller Initials: 

**COPYRIGHT PENNSYLVANIA ASSOCIATION OF REALTORS® 2024**
rev. 8/24; rel. 8/24

Case 1:23-bk-01979-HWV    Doc 90    Filed 08/08/24    Entered 08/08/24 09:32:16    Desc
Main Document    Page 1 of 2

48    (D) **Loan-To-Value (LTV) ratio** (For conventional loans)
49      First mortgage LTV ratio not to exceed _____ %    Second mortgage LTV ratio not to exceed _____ %
50    (E) **Date for Buyer to deliver documentation** of lender's approval of Buyer's mortgage, whether conditional or outright, is
51      changed from _____ to _____

52 **6. TIME PERIODS**
53    (A) The time period in paragraph _____, line _____ of Agreement of Sale is changed to _____.
54      The time period in paragraph _____, line _____ of Agreement of Sale is changed to _____.
55      The time period in paragraph _____, line _____ of Agreement of Sale is changed to _____.
56      The time period in paragraph _____, line _____ of Agreement of Sale is changed to _____.
57      The time period in paragraph _____, line _____ of Agreement of Sale is changed to _____.
58    (B) The time period in paragraph _____, line _____ of the _____ Addendum is changed to _____.
59      The time period in paragraph _____, line _____ of the _____ Addendum is changed to _____.
60      The time period in paragraph _____, line _____ of the _____ Addendum is changed to _____.
61      The time period in paragraph _____, line _____ of the _____ Addendum is changed to _____.
62      The time period in paragraph _____, line _____ of the _____ Addendum is changed to _____.

63 **7. OTHER**
64 _____
65 _____
66 _____
67 _____
68 _____
69 _____
70 _____
71 _____

72 **All other terms and conditions of the Agreement, including all other time periods, remain unchanged and in full force and effect.**

73 **BUYER** *William Stamp*   dotloop verified 08/07/24 10:24 AM EDT 9GVV-PS2T-ZK2Z-VNWY   **DATE** _____
74 **BUYER** *Mabel Stamp*   dotloop verified 08/07/24 1:40 PM EDT VASE-YGOC-1IOI-JMP7   **DATE** _____
75 **BUYER** _____ **DATE** _____
76 **SELLER** _____ **DATE** _____
77 **SELLER** *Kara Gershon Trustee for the bankruptcy estate of Teresa DiRico*   dotloop verified 08/07/24 3:45 PM EDT T1N6-SXLI-PIGP-KML4   **DATE** _____
78 **SELLER** _____ **DATE** _____

**CTA Page 2 of 2**