IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:23-bk-01979 |
| | : | |
| TERESSA L. DEROOS | : | CHAPTER 7 |
|     Debtor | : | |
| | : | |
| Kara K. Gendron, Trustee | : | |
|     Movant | : | |
| vs. | : | Motion for Sale of Real Estate Free and Clear: |
| | : | |
| M&T Bank, Kane Rentals, LLC, American Builders & Contractors Supply Co Inc, Adam Kane, Belco Community Credit Union, Commonwealth of Pennsylvania Office of Attorney General, Pennsylvania Department of Revenue, RF Fager Company, William Reynolds and Majorie Reynolds, U.S. Treasury | : | 10 Hemlock Dr, Mechanicsburg, Pa |
|     Respondents | : | |

CERTIFICATE OF CONCURRENCE AND
REQUEST TO APPROVE SALE FREE AND CLEAR

The following lien holders (a-c) are to be paid in full from the sale of 10 Hemlock Dr, Mechanicsburg:

a. Mortgage in the first position in favor of M&T Bank, in the approximate amount of $160,145.98.

b. Judgment in favor of Kane Rentals, LLC, in the approximate amount of $3,082.31

c. Judgment in favor of American Builders & Contractors Supply Co Inc, in the approximate amount of $32,135.88.

The undersigned has called and/or emailed counsel for the following lien holder and Adam Kane has consented to $5,000.00 being earmarked as a carve out for unsecureds and his lien not being fully paid per the sales agreement terms::

d. Judgment in favor of Adam Kane, in the approximate amount of $50,235.48. (Attorney Paul Murphy concurred)

The undersigned has called and/or emailed counsel for the following lien holders (e-f) and all lien holders have expressly consented to the sale even though it is anticipated that the sale will not have sufficient funds to pay any portion of any of the following liens:

e. Judgment in favor of Belco Community Credit Union, in the approximate amount of $20,808.93. Attorney David Park consents for lien holder.

f. Judgment in favor of Commonwealth of Pennsylvania Office of Attorney General in an unknown amount. Attorney Kelley Appleyard indicated that the OAG has no judgment and therefore does not oppose the sale.

g. Judgment in favor of Pennsylvania Department of Revenue in the approximate amount of $15,317.99. Attorney Jonathan Chatham consents for lien holder.

h. Judgment in favor of RF Fager Company in the approximate amount of $11,718.21. Attorney Peter Good consents for lien holder.

i. Judgment in favor of William Reynolds and Majorie Reynolds in an unknown amount. Attorney Thomas Beckley consents for lien holders.

j. Judgment in favor of U.S. Treasury in the approximate amount of $150,370.52. Attorney Ryan Loftus consents for lien holder.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order granting the Motion for Approval of Sale Free and Clear and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Kara K. Gendron

_____

Kara K. Gendron, Esquire
Attorney ID #87577
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
karagendron@gmail.com