United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-01979-HWV |
| Teressa L. DeRoos | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Sep 16, 2024    Form ID: pdf010    Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5570958 | + | Adam Kane, Jennifer Kane, 57 Sunset Drive, Mechanicsburg, PA 17050-1636 |
| 5570957 | + | Kane Rentals, LLC, 57 Sunset Drive, Mechanicsburg, PA 17050-1636 |
| 5563682 | | Pennsylvania Department of Revenue, Bureau of Compliance PO Box 280948, Harrisburg, PA 17128-0948 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5563664 | Email/Text: collectionsbankruptcy@belco.org | Sep 16 2024 18:44:00 | Belco Community Credit Union, Attn: Bankruptcy Dept., 449 Eisenhower Blvd, Ste 200, Harrisburg, PA 17111-2301 |
| 5563672 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 16 2024 18:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5563675 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 16 2024 18:44:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5563673 | Email/Text: fesbank@attorneygeneral.gov | Sep 16 2024 18:44:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 18, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Matthew Hyams | on behalf of Debtor 1 Teressa L. DeRoos jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Joycelyn S Peyton | on behalf of Creditor United States of America Joycelyn.S.Peyton@usdoj.gov eastern.taxcivil@usdoj.gov |
| Kara Katherine Gendron | on behalf of Trustee Kara Katherine Gendron karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:23-bk-01979 |
| | : | |
| TERESSA L. DEROOS | : | CHAPTER 7 |
|     Debtor | : | |
| | : | |
| Kara K. Gendron, Trustee | : | |
|     Movant | : | |
| vs. | : | Motion for Sale of Real Estate Free and Clear: |
| | : | 10 Hemlock Dr, Mechanicsburg |
| M&T Bank, Kane Rentals, LLC, American Builders & Contractors Supply Co Inc, Adam Kane, Belco Community Credit Union, Commonwealth of Pennsylvania Office of Attorney General, Pennsylvania Department of Revenue, RF Fager Company, William Reynolds and Majorie Reynolds, U.S. Treasury | : | |
|     Respondents | : | |

## ORDER

Upon consideration of the Motion filed by Kara K. Gendron, Trustee, seeking authority to sell Real Property Free and Clear of Liens, Claims and Encumbrances, Doc. 87, and no objections having been filed, and it appearing that the Trustee has obtained affirmative consent from all lienholders to the sale, Doc. 92, it is

**ORDERED** that Federal Rule of Bankruptcy Procedure 6004(g) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same and that the sale of real estate at 10 Hemlock Dr, Mechanicsburg, Cumberland County, Pennsylvania, free and clear of liens, to William Stump and Mabel Stump is approved and distribution of the proceeds as set forth below shall be permitted:

    a. Any notary or incidental recording fees required to be paid by the Trustee as Seller.

    b. Any costs associated with the preparation of the deed or normal services with respect to closing.

    c. Fees to Mott and Gendron Law to be placed in the Trustee's account pending further court order of approval of fees, estimated in the amount of $3,000.00.

d. Real Estate Commission to Coldwell Banker Realty in the amount of six percent (6%) of the total sales consideration for services rendered to Coldwell Banker Realty in the connection with this sale, as well as any reasonable fees and costs incurred for necessary repairs and in preparing the property for sale.

   e. Realty transfer tax, if any, required to be paid by Trustee, as Seller.

   f. Any present real estate taxes owned on the Real Property, prorated to the date of sale.

   g. Any outstanding amounts for lienable municipal utilities or services to Upper Allen Township owed at the time of closing.

Subsequent to the payment of the costs of the sale as set forth above, the following items shall be paid from the proceeds of the sale of the Real Property.

   a. M&T Bank will be paid in full for its first mortgage at closing, by the title company, pursuant to a proper payoff statement.

   b. Payment to Kane Rentals, LLC in full of its judgment amount recorded on or about January 18, 2019.

   c. Payment to American Builders & Contractors Supply Co. in full of its judgment amount recorded on or about January 24, 2020.

   d. Pursuant to an agreement between Adam Kane and the Trustee, payment to the Trustee of a $5,000 carve-out for the benefit of unsecured creditors, which shall be withheld from the Trustee's distribution to Adam Kane and set aside for distribution to the estate's unsecured creditors in accordance with their priority under the Bankruptcy Code. The remaining amount of proceeds from the sale, after the $5,000.00 carve-out, shall be paid to Adam Kline per his lien and the Trustee's proposed distribution schedule. It is anticipated that there will be insufficient proceeds to pay this creditor in full and that the remaining lienholders will not receive any distribution on the secured portions of their claims.

   e. This sale shall be free and clear of all liens, claims and encumbrances, with such liens, claims and encumbrances to be payable and paid as set forth above.

**IT IS FURTHER ORDERED** that Kara K. Gendron, Trustee, is authorized to sell the Debtor's real property at 10 Hemlock Dr, Mechanicsburg, Cumberland County, Pennsylvania. It is further

**ORDERED** that the Trustee is empowered to execute any papers and documents necessary to effectuate the transfer and sale of such property. It is further

**ORDERED** that the carve-out from the sale pursuant to the terms and conditions set forth in the Motion is approved.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 16, 2024