United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Teressa L. DeRoos<br>    Debtor | Case No. 23-01979-HWV<br>Chapter 7 |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Oct 10, 2024      Form ID: 318      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teressa L. DeRoos, 401 Garden Dr, Mechanicsburg, PA 17055-4411 |
| cr | + | United States of America, US Dept. of Justice, PO Box 227, WASHINGTON, DC 20044-0227 |
| 5563662 | | 12 Wolfe Furniture, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5570958 | + | Adam Kane, Jennifer Kane, 57 Sunset Drive, Mechanicsburg, PA 17050-1636 |
| 5628970 | + | David W Park, Martson Law Offices, 10 East High St., Carlisle, PA 17013-3093 |
| 5570957 | + | Kane Rentals, LLC, 57 Sunset Drive, Mechanicsburg, PA 17050-1636 |
| 5563670 | + | Keifer Law Firm, LLC, 311 Market St., Kingston, PA 18704-5428 |
| 5654438 | + | Pa National Mutual Causalty Insurance, Co., Thomas E Brenner, Esq, Caldwell & Kearns pc, 3631 N Front Street, Harrisburg, PA 17110-1500 |
| 5654458 | + | Pa. National Mutual Casualty Insurance Co, Thomas E Brenner, Esq,, 3631 N Front Street, Harrisburg, PA 17110-1533 |
| 5563681 | | Pearl Capital, 870 Sheridan Rd, Highwood, IL 60040-1003 |
| 5563682 | | Pennsylvania Department of Revenue, Bureau of Compliance PO Box 280948, Harrisburg, PA 17128-0948 |
| 5654462 | + | Pennsylvania National Mutual Casualty Ins. a/s/o N, 2 North Second Street, Harrisburg, PA 17101-1619 |
| 5563683 | | Susquehanna Valley Fcu, 1213 Slate Hill Rd, Camp Hill, PA 17001 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5563951 | + | EDI: AISACG.COM | Oct 10 2024 22:45:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5575138 | + | EDI: AISACG.COM | Oct 10 2024 22:45:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5563663 | | EDI: GMACFS.COM | Oct 10 2024 22:45:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 5563664 | | Email/Text: collectionsbankruptcy@belco.org | Oct 10 2024 18:50:00 | Belco Community Credit Union, Attn: Bankruptcy Dept., 449 Eisenhower Blvd, Ste 200, Harrisburg, PA 17111-2301 |
| 5563665 | | EDI: CITICORP | Oct 10 2024 22:45:00 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5563671 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 10 2024 18:50:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5563666 | | EDI: DISCOVER | Oct 10 2024 22:45:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5563667 | | EDI: PHINGENESIS | Oct 10 2024 22:45:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5563672 | | EDI: IRS.COM | Oct 10 2024 22:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5563668 | | EDI: JEFFERSONCAP.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 10 2024 22:45:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5563669 | | EDI: JPMORGANCHASE | Oct 10 2024 22:45:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5568347 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2024 18:54:08 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5563677 | | Email/Text: camanagement@mtb.com | Oct 10 2024 18:51:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5576555 | | Email/Text: camanagement@mtb.com | Oct 10 2024 18:51:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5572259 | + | Email/Text: Unger@Members1st.org | Oct 10 2024 18:51:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5563678 | + | Email/Text: Unger@Members1st.org | Oct 10 2024 18:51:00 | Members 1st Fcu, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5563680 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 10 2024 18:51:00 | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 5563679 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 10 2024 18:51:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5563675 | | EDI: PENNDEPTREV | Oct 10 2024 22:45:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5563675 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2024 18:51:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5563673 | | Email/Text: fesbank@attorneygeneral.gov | Oct 10 2024 18:51:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5572035 | | Email/Text: collections@premierecapitalfunding.com | Oct 10 2024 18:50:00 | Premier Capital Funding, LLC, 9265 4th Avenue, 2nd FL, Brooklyn NY 11209 |
| 5564072 | | EDI: PENNDEPTREV | Oct 10 2024 22:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5564072 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2024 18:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5574106 | | EDI: Q3G.COM | Oct 10 2024 22:45:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5577363 | | Email/Text: claimsdepartment@sunnova.com | Oct 10 2024 18:50:00 | Sunnova Energy Corporation, 20 Greenway Plaza, Suite 540, Houston, TX 77046 |
| 5563685 | + | Email/Text: JWAGNER@TBFGROUP.COM | Oct 10 2024 18:51:00 | TBF Financial, LLC, 870 Sheridan Rd., Highwood, IL 60040-1003 |
| 5563684 | | Email/Text: JWAGNER@TBFGROUP.COM | Oct 10 2024 18:51:00 | Tbf Financial LLC, Attn: Bankruptcy Department, 740 Waukegan Rd, Ste 404, Deerfield, IL 60015-5505 |
| 5563674 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Oct 10 2024 18:50:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5570123 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 10 2024 18:51:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5563676 | ^ | MEBN | Oct 10 2024 18:47:20 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5628971 | *+ | David W Park, Martson Law Offices, 10 East High Street, Carlisle, PA 17013-3093 |
| 5654461 | *+ | Pa. National Mutual Casualty Insurance Co., Thomas E Brenner, Esq., 3631 N Front Street., Harrisburg, PA 17110-1533 |
| 5564073 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5564316 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John Matthew Hyams | on behalf of Debtor 1 Teressa L. DeRoos jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Joycelyn S Peyton | on behalf of Creditor United States of America Joycelyn.S.Peyton@usdoj.gov  eastern.taxcivil@usdoj.gov |
| Kara Katherine Gendron | karagendrontrustee@gmail.com  PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Kara Katherine Gendron | on behalf of Trustee Kara Katherine Gendron karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1** Teressa L. DeRoos <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4357 <br> EIN  __–_____ | |
| **Debtor 2** <br> (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ | |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  1:23-bk-01979-HWV | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Teressa L. DeRoos

10/10/24

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318  **Order of Discharge**  page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2