UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg DIVISION

In re: Teressa L. DeRoos § Case No. 23-01979
§
§
§
Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 09/01/2023. The case was converted to one under Chapter 7 on 05/15/2024. The undersigned trustee was appointed on 05/15/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of    $    279,900.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 215,808.21 |
| Administrative expenses | 18,875.29 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $    45,216.50 |

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/20/2024 and the deadline for filing governmental claims was 03/01/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $17,245.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $17,245.00, for a total compensation of $17,245.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $584.22 for total expenses of $584.22[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/24/2025

By: /s/ Kara K. Gendron
      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 23-01979
Case Name: Teressa L. DeRoos
For Period Ending: 01/24/2025

Trustee Name: (580180) Kara K. Gendron
Date Filed (f) or Converted (c): 05/15/2024 (c)
§ 341(a) Meeting Date: 06/11/2024
Claims Bar Date: 09/20/2024

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10 Hemlock Dr., Mechanicsburg, PA 17055, Cumberland County | 279,900.00 | 0.00 | | 279,900.00 | FA |
| 2 | 2018 Ford Escape, 53,000 miles | 10,162.00 | 0.00 | | 0.00 | FA |
| 3 | beds, dressers, tables, chairs, couches, lamps, nightstands, dishware, cookware, kitchen appliances, washer and dryer | 1,850.00 | 0.00 | | 0.00 | FA |
| 4 | TV's, cellphone, laptop | 500.00 | 0.00 | | 0.00 | FA |
| 5 | books, pictures, knickknacks | 125.00 | 0.00 | | 0.00 | FA |
| 6 | clothing, shoes | 200.00 | 0.00 | | 0.00 | FA |
| 7 | various earrings, rings, necklaces, bracelets, engagement ring and wedding ring | 1,250.00 | 0.00 | | 0.00 | FA |
| 8 | 3 cats | 75.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Mid Penn Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | 401 (k): Employer Managed | Unknown | Unknown | | 0.00 | FA |
| 12 | IRA: Voya | Unknown | Unknown | | 0.00 | FA |
| 12 | **Assets Totals (Excluding unknown values)** | **$295,082.00** | **$0.00** | | **$279,900.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

9/12/24 obtained expresss consent from all lien holders who won't be paid in full, per Judge's directions at last hearing; filed certificate of concurrence for sale. KKG

**Initial Projected Date Of Final Report (TFR):** 10/04/2024          **Current Projected Date Of Final Report (TFR):** 10/04/2024 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| | |
|---|---|
| Case No.: | 23-01979 |
| Case Name: | Teressa L. DeRoos |
| Taxpayer ID #: | **-***4357 |
| For Period Ending: | 01/24/2025 |

| | |
|---|---|
| Trustee Name: | Kara K. Gendron (580180) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******3489 Checking |
| Blanket Bond (per case limit): | $0.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/04/24 | | Jameson Stone | Net proceeds from sale of 10 Hemlock Dr, Mechanicsburg | | 45,216.50 | | 45,216.50 |
| | {1} | | gross proceeds from sale of 10 Hemlock Drive $279,900.00 | 1110-000 | | | |
| | | | 1st mortgage -$174,218.72 | 4110-000 | | | |
| | | | Kanel Rentals judgment -$4,099.25 | 4120-000 | | | |
| | | | American B&C judgment -$32,135.88 | 4120-000 | | | |
| | | | Realtors commission -$16,394.00 | 3510-000 | | | |
| | | | Transfer taxes -$2,799.00 | 4700-000 | | | |
| | | | City, town, and county taxes -$2,555.36 | 4800-000 | | | |
| | | | brokers fee, inspection costs, etc. -$2,481.29 | 3992-000 | | | |
| 10/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 65.04 | 45,151.46 |
| 11/01/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -65.04 | 45,216.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | | 45,216.50 | 0.00 | $45,216.50 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | Subtotal | | | | 45,216.50 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | NET Receipts / Disbursements | | | | $45,216.50 | $0.00 | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

Case 1:23-bk-01979-HWV   Doc 101   Filed 01/27/25   Entered 01/27/25 18:23:40   Desc
Main Document   Page 4 of 10

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | |
|---|---|
| **Case No.:** | 23-01979 |
| **Case Name:** | Teressa L. DeRoos |
| **Taxpayer ID #:** | **-***4357 |
| **For Period Ending:** | 01/24/2025 |

| | |
|---|---|
| **Trustee Name:** | Kara K. Gendron (580180) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******3489 Checking |
| **Blanket Bond (per case limit):** | $0.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $45,216.50 |
| Plus Gross Adjustments: | $234,683.50 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $279,900.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3489 Checking | $45,216.50 | $0.00 | $45,216.50 |
| | $45,216.50 | $0.00 | $45,216.50 |


Printed: 01/24/2025 2:21 PM
Page: 1

# Exhibit C

## Claims Proposed Distribution Register

### Case: 23-01979 Teressa L. DeRoos

| Case Balance: | $45,216.50 | Total Proposed Payment: | $45,216.50 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Kara K. Gendron | Admin Ch. 7 | $17,245.00 | $17,245.00 | $0.00 | $17,245.00 | $17,245.00 | $27,971.50 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Kara K. Gendron | Admin Ch. 7 | $584.22 | $584.22 | $0.00 | $584.22 | $584.22 | $27,387.28 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | Kara Gendron | Admin Ch. 7 | $3,875.00 | $3,875.00 | $0.00 | $3,875.00 | $3,875.00 | $23,512.28 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| 2P | Internal Revenue Service | Priority | $59,689.89 | $59,689.89 | $0.00 | $59,689.89 | $23,512.28 | $0.00 |
| 2U | Internal Revenue Service | Unsecured | $28,427.94 | $28,427.94 | $0.00 | $28,427.94 | $0.00 | $0.00 |
| 3 | LVNV Funding LLC | Unsecured | $6,916.83 | $6,916.83 | $0.00 | $6,916.83 | $0.00 | $0.00 |
| 4 | U.S. Department of Education c/o Nelnet | Unsecured | $84,001.67 | $84,001.67 | $0.00 | $84,001.67 | $0.00 | $0.00 |
| 5 | Kane Rentals, LLC | Unsecured | $3,082.31 | $3,082.31 | $0.00 | $3,082.31 | $0.00 | $0.00 |
| 8 | Members 1st FCU | Unsecured | $13,840.83 | $13,840.83 | $0.00 | $13,840.83 | $0.00 | $0.00 |
| 9 | Quantum3 Group LLC as agent for | Unsecured | $123.35 | $123.35 | $0.00 | $123.35 | $0.00 | $0.00 |
| 12 | Sunnova Energy Corporation | Unsecured | $40,510.43 | $40,510.43 | $0.00 | $40,510.43 | $0.00 | $0.00 |
| 13 | TBF Financial, LLC | Unsecured | $21,351.15 | $21,351.15 | $0.00 | $21,351.15 | $0.00 | $0.00 |

# Exhibit C

## Claims Proposed Distribution Register

### Case: 23-01979 Teressa L. DeRoos

| Case Balance: | $45,216.50 | | Total Proposed Payment: | $45,216.50 | | | Remaining Balance: | $0.00 | |
|---|---|---|---|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 2c | Internal Revenue Service | Unsecured | $34,361.36 | $34,361.36 | $0.00 | $34,361.36 | $0.00 | $0.00 |
| | Total for Case: | 23-01979 | $314,009.98 | $314,009.98 | $0.00 | $314,009.98 | $45,216.50 | |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 23-01979
Case Name: Teressa L. DeRoos
Trustee Name: Kara K. Gendron

**Balance on hand:** $ 45,216.50

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Pennsylvania Department of Revenue | 16,144.77 | 16,144.77 | 0.00 | 0.00 |
| 2S | Internal Revenue Service | 104,960.99 | 104,960.99 | 0.00 | 0.00 |
| 6 | Adam Kane, Jennifer Kane | 50,235.48 | 50,235.48 | 0.00 | 0.00 |
| 7 | Premier Capital Funding, LLC | 99,278.75 | 99,278.75 | 0.00 | 0.00 |
| 10 | Ally Bank c/o AIS Portfolio Services, LLC | 21,808.36 | 21,808.36 | 0.00 | 0.00 |
| 11 | M&T BANK | 160,145.98 | 160,145.98 | 0.00 | 0.00 |
| 14 | Belco Community Credit Union | 31,822.50 | 31,822.50 | 0.00 | 0.00 |
| 15 | Pennsylvania National Mutual Casualty Ins. a/s/o N | 20,956.87 | 20,956.87 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 45,216.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Kara K. Gendron | 17,245.00 | 0.00 | 17,245.00 |
| Trustee, Expenses - Kara K. Gendron | 584.22 | 0.00 | 584.22 |
| Attorney for Trustee Fees - Kara Gendron | 3,875.00 | 0.00 | 3,875.00 |

Total to be paid for chapter 7 administrative expenses: $ 21,704.22
Remaining balance: $ 23,512.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 23,512.28

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $59,689.89 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P | Internal Revenue Service | 59,689.89 | 0.00 | 23,512.28 |

| | |
|---|---:|
| Total to be paid for priority claims: | $ 23,512.28 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $198,254.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2U | Internal Revenue Service | 28,427.94 | 0.00 | 0.00 |
| 3 | LVNV Funding LLC | 6,916.83 | 0.00 | 0.00 |
| 4 | U.S. Department of Education c/o Nelnet | 84,001.67 | 0.00 | 0.00 |
| 5 | Kane Rentals, LLC | 3,082.31 | 0.00 | 0.00 |
| 8 | Members 1st FCU | 13,840.83 | 0.00 | 0.00 |
| 9 | Quantum3 Group LLC as agent for | 123.35 | 0.00 | 0.00 |
| 12 | Sunnova Energy Corporation | 40,510.43 | 0.00 | 0.00 |
| 13 | TBF Financial, LLC | 21,351.15 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

| | |
|---|---:|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $34,361.36 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2c | Internal Revenue Service | 34,361.36 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**