**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**Harrisburg DIVISION**

In re: Teressa L. DeRoos § Case No. 23-01979
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Kara K. Gendron, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $15,182.00 | Assets Exempt: | $5,020.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $239,320.49 | Claims Discharged Without Payment: | $616,484.87 |
| Total Expenses of Administration: | $40,579.51 | | |

3) Total gross receipts of $279,900.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $279,900.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $396,670.01 | $721,161.91 | $721,161.91 | $215,808.21 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $40,579.51 | $40,579.51 | $40,579.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $165,687.00 | $59,689.89 | $59,689.89 | $23,512.28 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $383,869.00 | $232,615.87 | $232,615.87 | $0.00 |
| **TOTAL DISBURSEMENTS** | $946,226.01 | $1,054,047.18 | $1,054,047.18 | $279,900.00 |

4) This case was originally filed under chapter 7 on 09/01/2023, and it was converted to chapter 7 on 05/15/2024. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/26/2025     By: /s/ Kara K. Gendron
                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 10 Hemlock Dr., Mechanicsburg, PA 17055, Cumberland County | 1110-000 | $279,900.00 |
| TOTAL GROSS RECEIPTS | | $279,900.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jameson Stone | 4110-000 | NA | $174,218.72 | $174,218.72 | $174,218.72 |
| | Jameson Stone | 4120-000 | NA | $4,099.25 | $4,099.25 | $4,099.25 |
| | Jameson Stone | 4120-000 | NA | $32,135.88 | $32,135.88 | $32,135.88 |
| | Jameson Stone | 4700-000 | NA | $2,799.00 | $2,799.00 | $2,799.00 |
| | Jameson Stone | 4800-000 | NA | $2,555.36 | $2,555.36 | $2,555.36 |
| 1 | Pennsylvania Department of Revenue | 4110-000 | NA | $16,144.77 | $16,144.77 | $0.00 |
| 2S | Internal Revenue Service | 4110-000 | $0.00 | $104,960.99 | $104,960.99 | $0.00 |
| 6 | Adam Kane, Jennifer Kane | 4110-000 | $0.00 | $50,235.48 | $50,235.48 | $0.00 |
| 7 | Premier Capital Funding, LLC | 4110-000 | NA | $99,278.75 | $99,278.75 | $0.00 |
| 10 | Ally Bank c/o AIS Portfolio Services, LLC | 4110-000 | NA | $21,808.36 | $21,808.36 | $0.00 |
| 11 | M&T BANK | 4110-000 | NA | $160,145.98 | $160,145.98 | $0.00 |
| 14 | Belco Community Credit Union | 4110-000 | NA | $31,822.50 | $31,822.50 | $0.00 |
| 15 | Pennsylvania National Mutual Casualty Ins. a/s/o N | 4110-000 | NA | $20,956.87 | $20,956.87 | $0.00 |
| N/F | Ally Financial, Inc | 4110-000 | $21,982.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 4110-000 | $199,012.24 | NA | NA | NA |
| N/F | M & T Bank | 4110-000 | $159,531.00 | NA | NA | NA |
| N/F | Pennsylvania Department of Revenue | 4110-000 | $16,144.77 | NA | NA | NA |
| | **TOTAL SECURED** | | **$396,670.01** | **$721,161.91** | **$721,161.91** | **$215,808.21** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kara K. Gendron | 2100-000 | NA | $17,245.00 | $17,245.00 | $17,245.00 |
| Trustee, Expenses - Kara K. Gendron | 2200-000 | NA | $584.22 | $584.22 | $584.22 |
| Attorney for Trustee Fees - Kara Gendron | 3110-000 | NA | $3,875.00 | $3,875.00 | $3,875.00 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Realtor for Trustee Fees - Jameson Stone | 3510-000 | NA | $16,394.00 | $16,394.00 | $16,394.00 |
| Other Professional's Expenses - Jameson Stone | 3992-000 | NA | $2,481.29 | $2,481.29 | $2,481.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$40,579.51** | **$40,579.51** | **$40,579.51** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | NA | $59,689.89 | $59,689.89 | $23,512.28 |
| N/F | Internal Revenue Service | 5600-000 | $150,370.00 | NA | NA | NA |
| N/F | Pennsylvania Department of Revenue | 5600-000 | $15,317.00 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$165,687.00** | **$59,689.89** | **$59,689.89** | **$23,512.28** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Internal Revenue Service | 7100-000 | $0.00 | $28,427.94 | $28,427.94 | $0.00 |
| 2c | Internal Revenue Service | 7300-000 | $0.00 | $34,361.36 | $34,361.36 | $0.00 |
| 3 | LVNV Funding LLC | 7100-000 | NA | $6,916.83 | $6,916.83 | $0.00 |
| 4 | U.S. Department of Education c/o Nelnet | 7100-000 | NA | $84,001.67 | $84,001.67 | $0.00 |
| 5 | Kane Rentals, LLC | 7100-000 | NA | $3,082.31 | $3,082.31 | $0.00 |
| 8 | Members 1st FCU | 7100-000 | NA | $13,840.83 | $13,840.83 | $0.00 |
| 9 | Quantum3 Group LLC as agent for | 7100-000 | NA | $123.35 | $123.35 | $0.00 |
| 12 | Sunnova Energy Corporation | 7100-000 | NA | $40,510.43 | $40,510.43 | $0.00 |
| 13 | TBF Financial, LLC | 7100-000 | NA | $21,351.15 | $21,351.15 | $0.00 |
| N/F | 12 Wolfe Furniture | 7100-000 | $1,105.00 | NA | NA | NA |
| N/F | Belco Community Credit Union | 7100-000 | $25,577.00 | NA | NA | NA |
| N/F | COURT OF COMMON PLEAS - CIVIL | 7100-000 | $11,718.00 | NA | NA | NA |
| N/F | COURT OF COMMON PLEAS - CIVIL | 7100-000 | $32,135.00 | NA | NA | NA |
| N/F | CUMBERLAND CNTY PROTHONOTARY | 7100-000 | $3,082.00 | NA | NA | NA |
| N/F | Citibank/the Home Depot | 7100-000 | $9,505.00 | NA | NA | NA |
| N/F | Discover Financial | 7100-000 | $14,045.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Genesis Fs Card Services | 7100-000 | $120.00 | NA | NA | NA |
| N/F | Jpmcb Card | 7100-000 | $49,034.00 | NA | NA | NA |
| N/F | Members 1st Feu | 7100-000 | $13,840.00 | NA | NA | NA |
| N/F | Nelnet | 7100-000 | $8,379.00 | NA | NA | NA |
| N/F | Nelnet | 7100-000 | $9,552.00 | NA | NA | NA |
| N/F | Nelnet | 7100-000 | $7,773.00 | NA | NA | NA |
| N/F | Nelnet | 7100-000 | $19,212.00 | NA | NA | NA |
| N/F | Nelnet | 7100-000 | $22,774.00 | NA | NA | NA |
| N/F | Nelnet | 7100-000 | $16,309.00 | NA | NA | NA |
| N/F | Pearl Capital | 7100-000 | $21,045.00 | NA | NA | NA |
| N/F | SUPREME COURT - CIVIL DIVISION | 7100-000 | $99,278.00 | NA | NA | NA |
| N/F | Susquehanna Valley Feu | 7100-000 | $10,654.00 | NA | NA | NA |
| N/F | Susquehanna Valley Feu | 7100-000 | $8,732.00 | NA | NA | NA |
| N/F | TBF Financial, LLC | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$383,869.00** | **$232,615.87** | **$232,615.87** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 23-01979 | Trustee Name: | (580180) Kara K. Gendron |
| Case Name: | Teressa L. DeRoos | Date Filed (f) or Converted (c): | 05/15/2024 (c) |
| | | § 341(a) Meeting Date: | 06/11/2024 |
| For Period Ending: | 08/26/2025 | Claims Bar Date: | 09/20/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10 Hemlock Dr., Mechanicsburg, PA 17055, Cumberland County | 279,900.00 | 0.00 | | 279,900.00 | FA |
| 2 | 2018 Ford Escape, 53,000 miles | 10,162.00 | 0.00 | | 0.00 | FA |
| 3 | beds, dressers, tables, chairs, couches, lamps, nightstands, dishware, cookware, kitchen appliances, washer and dryer | 1,850.00 | 0.00 | | 0.00 | FA |
| 4 | TV's, cellphone, laptop | 500.00 | 0.00 | | 0.00 | FA |
| 5 | books, pictures, knickknacks | 125.00 | 0.00 | | 0.00 | FA |
| 6 | clothing, shoes | 200.00 | 0.00 | | 0.00 | FA |
| 7 | various earrings, rings, necklaces, bracelets, engagement ring and wedding ring | 1,250.00 | 0.00 | | 0.00 | FA |
| 8 | 3 cats | 75.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Mid Penn Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | 401 (k): Employer Managed | Unknown | Unknown | | 0.00 | FA |
| 12 | IRA: Voya | Unknown | Unknown | | 0.00 | FA |
| **12** | **Assets Totals (Excluding unknown values)** | **$295,082.00** | **$0.00** | | **$279,900.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

9/12/24 obtained expresss consent from all lien holders who won't be paid in full, per Judge's directions at last hearing; filed certificate of concurrence for sale. KKG

**Initial Projected Date Of Final Report (TFR):** 10/04/2024      **Current Projected Date Of Final Report (TFR):** 10/04/2024 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 23-01979 | **Trustee Name:** | Kara K. Gendron (580180) | |
| **Case Name:** | Teressa L. DeRoos | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***4357 | **Account #:** | ******3489 Checking | |
| **For Period Ending:** | 08/26/2025 | **Blanket Bond (per case limit):** | $0.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/04/24 | | Jameson Stone | Net proceeds from sale of 10 Hemlock Dr, Mechanicsburg | | 45,216.50 | | 45,216.50 |
| | {1} | | gross proceeds from sale of 10 Hemlock Drive $279,900.00 | 1110-000 | | | |
| | | | 1st mortgage -$174,218.72 | 4110-000 | | | |
| | | | Kanel Rentals judgment -$4,099.25 | 4120-000 | | | |
| | | | American B&C judgment -$32,135.88 | 4120-000 | | | |
| | | | Realtors commission -$16,394.00 | 3510-000 | | | |
| | | | Transfer taxes -$2,799.00 | 4700-000 | | | |
| | | | City, town, and county taxes -$2,555.36 | 4800-000 | | | |
| | | | brokers fee, inspection costs, etc. -$2,481.29 | 3992-000 | | | |
| 10/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 65.04 | 45,151.46 |
| 11/01/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -65.04 | 45,216.50 |
| 02/24/25 | 101 | Kara K. Gendron | Combined trustee compensation & expense dividend payments. | | | 17,829.22 | 27,387.28 |
| | | Kara K. Gendron | Claims Distribution - Fri, 01-24-2025 $17,245.00 | 2100-000 | | | |
| | | Kara K. Gendron | Claims Distribution - Fri, 01-24-2025 $584.22 | 2200-000 | | | |
| 02/24/25 | 102 | Kara Gendron | Distribution payment - Claim # | 3110-000 | | 3,875.00 | 23,512.28 |
| 02/24/25 | 103 | Internal Revenue Service | Distribution payment - Claim # 2P | 5800-000 | | 23,512.28 | 0.00 |
| | | | **COLUMN TOTALS** | | 45,216.50 | 45,216.50 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 45,216.50 | 45,216.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$45,216.50** | **$45,216.50** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Case 1:23-bk-01979-HWV    Doc 105    Filed 09/05/25    Entered 09/05/25 10:14:10    Desc
Main Document     Page 9 of 10

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-01979 | **Trustee Name:** | Kara K. Gendron (580180) |
| **Case Name:** | Teressa L. DeRoos | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***4357 | **Account #:** | ******3489 Checking |
| **For Period Ending:** | 08/26/2025 | **Blanket Bond (per case limit):** | $0.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3489 Checking | $45,216.50 | $45,216.50 | $0.00 |
| | $45,216.50 | $45,216.50 | $0.00 |